## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| ANDREW J. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 4:13-cv-644-C |
| | § | |
| AFNI, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the Parties, Plaintiff Andrew J. Gonzalez and

Defendant AFNI, Inc., filed herein pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-

entitled action is dismissed with prejudice.

Dated October ___9___, 2013.

_____
JUDGE PRESIDING